

NUMBER 13-17-00538-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

YOUNG LEE,                                                        Appellant,

v.

NOEL CHACON,                                                      Appellee.

### On appeal from the County Court at Law
### of Kleberg County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Longoria, and Hinojosa
### Memorandum Opinion by Justice Longoria

Appellant, Young Lee, filed an appeal from a judgment rendered in favor of appellee, Noel Chacon. On November 21, 2017, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on November 6, 2017, and that the deputy district clerk, Daylene Velasquez, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court

notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed the
18th day of January, 2018.